Exhibit B

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: ED'S LOBSTER BAR LLC

Selected Entity Status Information

**Current Entity Name:** ED'S LOBSTER BAR LLC
**Initial DOS Filing Date:** NOVEMBER 06, 2006
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
ED'S LOBSTER BAR LLC
C/O ANDREW RASIEJ
225 LAFAYETTE STREET, APT 14 A
NEW YORK, NEW YORK, 10012

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page

Exhibit C

                                                Rebecca Charles
                                                Pearl Oyster Bar
                                                18 Cornelia Street
                                                New York, NY 10014

Edward McFarland
222 LaFayette Street

-Via Messenger-

Edward:

I understand that you came by Pearl Oyster Bar this morning when the restaurant was not open to the public to drop off your COBRA premium check.

In future, I would appreciate it if you would *mail* the check (or anything else you find that you need me to receive) to Pearl.

Otherwise, should you need to come to the restaurant for any reason, please call me and arrange a time when I will be there.

Thank you,
Rebecca