Exhibit D





















































