Exhibit E



## Dinner

### Chilled Seafood

| | |
|---|---|
| Market Oysters (6) | 9.50 |
| Little Neck Clams (6) | 7. |
| Shrimp Cocktail | 11. |
| Combination Cocktail | 14. |

### Small Plates

| | |
|---|---|
| Fried Oysters | 10. |
| Salt Crusted Shrimp | 10. |
| Jumbo Lump Crab Cake | 14. |
| New England Clam Chowder with Smoked Bacon | 6. |
| Prince Edward Island Mussels with Wine, Mustard, Cream | 10. |
| Smoked Atlantic Salmon, Johnnycakes and Crème Fraiche | 10. |
| Pearl Caesar | 8. |
| Baby Lettuces, Vine-Ripened Tomatoes, Fourme D'ambert | 8. |

### Large Plates

| | |
|---|---|
| Bouillabaisse | 18.50 |
| Pan-Roasted Sea Scallops | 18.50 |
| Lobster Roll with Shoestring Fries | Market |
| Pan Roasted Filet | Market |
| Whole Grilled Fish | Market |
| 1 1/2 lb. Maine Lobster Boiled or Grilled, Corn Pudding | Market |

Signed Copies of Rebecca's book, "Lobster Rolls & Blueberry Pie": $30.
See Blackboard for Specials   Take-Out Available 691-8211
Please refrain from using cellular phones in the restaurant

A rotating selection of these wines is available by the glass.
Ask your waiter.

## White

| | | Glass | Bottle |
|---|---|---|---|
| Meursault, Pierre Matrot | 2003 | ----- | 55. |
| Chablis 'la Forêt', Vocoret | 2004 | 8. | 40. |
| Sancerre, Domaine les Grandes Groux | 2005 | 8. | 40. |
| Crozes Hermitage, Cave de Tain | 2005 | 7. | 33. |
| Riesling 'Kabinett', Bassermann-Jordan, Pfalz | 2004 | 7.50 | 37. |
| Pinot Gris/Pinot Blanc, Au Bon Climat | 2004 | 7.50 | 37. |
| Muscadet, Domaine de la Pépière | 2005 | 6.50 | 28. |
| Macon-Villages, Verget | 2004 | 7. | 33. |
| Bizkaiko Txakolina, Bodegas Itsas Mendi, Spain | 2005 | 7.50 | 37. |
| Leone d'Almerita, Tasca d'Almerita, Sicily | 2005 | 7.50 | 37. |
| Grüner Veltliner, Wieninger, Vienna, Austria | 2004 | 7. | 33. |
| Vouvray, Didier Champalou | 2004 | 7. | 33. |
| Woodcutter's Semillon, Torbreck, Australia | 2004 | 8. | 40. |
| Bordeaux, Château Lamothe de Haux | 2005 | 7. | 33. |

## Rosé

| | | Glass | Bottle |
|---|---|---|---|
| Château Penin, Bordeaux | 2005 | 7. | 33. |

## Red

| | | Glass | Bottle |
|---|---|---|---|
| Chassagne-Montrachet, Domaine Ramonet | 2003 | ----- | 50. |
| Vilosell, Tomàs Cusiné, Costers del Segre | 2004 | 8. | 40. |
| Côte de Brouilly, Château Thivin | 2003 | 7.50 | 37. |
| Côtes du Rhône, Cairanne, Catherine le Goeuil | 2004 | 7. | 33. |
| Chorey-Côte-de-Beaune, Tollot-Beaut | 2004 | 7.50 | 37. |
| Luzon Verde, Jumilla, Spain | 2005 | 6.50 | 28. |

## Champagne & Sparkling

| | Glass | Bottle |
|---|---|---|
| Guy Larmandier, Premier Cru à Vertus | ----- | 70. |
| Cava, Raventós i Blanc, Catalunya, Spain | 8. | 35. |
| Duval-Leroy, Brut | 13. | 60. |
| Arnaud Margaine, Brut Rosé | 15. | 75. |
| Charles Heidsieck, Brut Réserve | 15. | 75. |

| | | Glass | Bottle |
|---|---|---|---|
| Moscatel 'MR', Telmo Rodriguez | 2004 | 7. | 33. |
| Port, Graham's 10-Year Tawny | | 8. | |
| Amontillado, Alvear | | 6. | |
| Madeira, Blandy's Malmsey 15-Year | | 10.50 | |

## RAW BAR

Jumbo Shrimp Cocktail . . . . . . . . . . . . . . . . . . . . . 11

Chilled ½ Maine Lobster . . . . . . . . . . . . market price

Oysters . . . . . . . . . . . . . . . . . . . . . . . . . . market price

Little Neck Clams . . . . . . . . . . . . . . . . . . . . 1.50 ea.
                                                                                  ½ doz. 7

Raw Sampler . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
   *Chef's Selection*

## APPETIZERS

Ed's Caesar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Boston Bibb Salad . . . . . . . . . . . . . . . . . . . . . . . . . 7
   *with Maytag Blue*

New England Clam Chowder . . . . . . . . . . . . . . . . 6

House Smoked Trout . . . . . . . . . . . . . . . . . . . . . . . 8
   *Roasted Beets*

Fried Oysters . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Fried Calamari . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
   *Spicy San Marzano Sauce*

Fried Ipswich Clams . . . . . . . . . . . . . . . market price

Steamers . . . . . . . . . . . . . . . . . . . . . . . . . market price

PEI Mussels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
   *Dijon Cream Sauce w/ White Wine, Fresh Horseradish*
   *or Lobster Broth and Fennel*

## ★ LOBSTER ★

Lobster Roll ............................ market price
*Fries and Ed's Pickles*

Chefs Lobster Salad ........................ 18
*Claw, ½ Tail, Avocado, and Tomato*

Lobster Pot Pie ............................ 18

Whole Steamed or Grilled Lobster ... market price

Broiled 1½ lb. Lobster ............... market price
*Bread Crumbs and Garlic*

## PLATES

Linguini with Clams . . . . . . . . . . . . . . . . . . . . . . . 15

Pan Roasted or Grilled Fillet . . . . . . . . . market price

Oven Roasted Montauk Bluefish . . . . . . . . . . . . 17
    *Trapani Truffle Salt*

Whole Grilled Fish . . . . . . . . . . . . . . . . . market price
    *Grilled Vegetables*

Pan Seared Day Boat Scallops . . . . . . . . . . . . . . . 18
    *Traditional Mashed Potato,*
    *Seasonal Vegetable*

New York Boulliabaisse . . . . . . . . . . . . . . . . . . . . 20

## SIDES

Potato Galette with Lobster . . . . . . . . . . . . . . . . . 5

Grilled Vegetables. . . . . . . . . . . . . . . . . . . . . . . . . . 5

Fries with Sea Salt . . . . . . . . . . . . . . . . . . . . . . . . . 5

Green Market Vegetable . . . . . . . . . . . . . . . . . . . . 5

Coleslaw . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Ed's Pickles. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*No substitutions.*
*Parties of 6 or more, 18% gratuity added.*
*We accept Visa, Mastercard, and American Express.*
**Take-out available.**

**TAKE ED'S PICKLES HOME TODAY!**

# *Ed's*
## ★★★ LOBSTER BAR ★★★

| APERITIF/AFTER DINNER | Glass | Bottle |
|---|---|---|
| Pastis Pernod, France | 7 | |
| Pommeau de Normandie Domaine Du Pont | 8 | |
| Moscato d'Asti Paolo Saracco, 2005, Italy 375ml | | 15 |
| Churchill 10 Year Tawny, Portugal | 9 | |
| Don PX, Bodegas Toro Albala, 1971, Spain | 14 | |
| Cognac, Maison Surrenne, Borderies Galtaud, NV | 15 | |

| BEER/CIDER | Pint | Bottle |
|---|---|---|
| Jever Pilsner, Germany | 6 | |
| Dentergem Witte, Belgium | 6 | |
| Harpoon IPA, Boston | 6 | |
| Smutty Nose Porter, New Hampshire | 6 | |
| Heineken | | 6 |
| Butternuts Pork Slap Pale Ale, *Can* | | 6 |
| Guinness 14.9 oz., *Can* | | 7 |
| Woodchuck Granny Smith | | 6 |
| Saison Dupont 375 ml | | 9 |
| Chimay Cinq Cents 25.4 oz. | | 22 |

| BEVERAGES | Glass | Bottle |
|---|---|---|
| Coca-Cola or Diet Coca-Cola | | 4 |
| Schweppes Ginger Ale | | 4 |
| Boylan Birch Beer | | 4 |
| Boylan Cream Ale | | 4 |
| Boylan Black Cherry | | 4 |
| Poland Spring Water | | 3 |
| Saratoga Sparkling Spring Water | | 4 |
| Freshly Squeezed Orange Juice | 5 | |
| Muddled Lemonade or Limeade | 5 | |

# Ed's
## ★★★ LOBSTER BAR ★★★

## WINE

| | Glass | Bottle |
|---|---|---|
| **Sparkling/Champagne** | | |
| Lucien Albrecht Cremant d'Alsace, NV, France | 9 | 50 |
| Laurent Perrier Brut, NV, France | 12 | 59 |
| **White** | | |
| Muscadet Chateau De La Chesnaie 2005 Fr | 6 | 28 |
| Sauvignon Blanc Honig, 2005, California | 8 | 40 |
| Arneis Cascina Ca'rossa, 2005, Piedmont DOCG | 8 | 40 |
| Bordeaux Chateau La Dame Blanch, 2005, France | 9 | 44 |
| Chablis Daniel Dampt, 2005, France | 9 | 45 |
| Chardonnay Mazzolino "Blanc," 2001, Italy DOC | 12 | 55 |
| Pinot Gris Kracher Trocken, 2004, Austria | | 38 |
| Riesling Lucien Albrecht, 2005, France | | 42 |
| Moscato Giallo Lageder, 2005, Italy | | 44 |
| Chardonnay Justin, 2005, San Luis Obispo, California | | 45 |
| Soave, Inama Vigneti di Foscarino, 2004, Italy | | 49 |
| Sancerre Raimbault, 2005, France | | 49 |
| **Rose** | | |
| Cote de Provence Chateau Montaud, 2005, France | 6 | 28 |
| **Red** | | |
| Cotes du Rhone Domaine de L'Harmas, 2003, France | 8 | 36 |
| Pinot Noir Veranda, 2005, Chile | 8 | 36 |
| Shiraz 2-Up, 2005, SA Australia | 8 | 40 |
| Chinon Domaine Jacques Grosbois, 2005, France | 9 | 42 |
| Cote du Nuits, Joseph Drouhin, 2005, France | 11 | 50 |
| Pinot Nero Albino Armani, 2005, Italy | | 40 |
| Zinfandel Klinker Brick, 2004, California | | 45 |
| Pinot Noir Rex Hill, 2005, Oregon | | 50 |