



# Ed's Lobster Bar in SoHo

We hoped to catch this new venture - from a former chef at Pearl's - on a quiet night, but boy were we mistaken. By 8pm, the place was absolutely PACKED with Daily Candy readers (make of that what you will), as it'd been featured in there last Friday.

We put our name on the list and waited 40 minutes. They finally seated us in back - the place is rather narrow and occupied by a long bar, and there are a few haphazard tables jammed into a back room. After many attempts at getting menus, wine menu, water, etc from the completely disorganized staff we finally place our order and find they are out of ALMOST EVERYTHING, and it wasn't even 8:45!

Can you say L-A-M-E?

I understand that restaurants can get caught a bit off-guard when they open, but it would have been nice if they told us they didn't have any food left BEFORE we waited for that long. What a waste of an hour of life.

We picked up a pizza at Lombardi's instead and ate it on the way home (which was kind of great, actually).

As a local, I can't ever see wanting to go back to Ed's. It's just too shrill, scene-y, chaotic, and just plain ugh.

But perhaps someone else on the board can actually weigh in on the food.

**Oliverstreet** Mar 20, 2007 07:32PM

### 11 REPLIES SO FAR

We had the same experience and they had been open for several days. And it's not like this guy hasn't made this food before; he's been making THE EXACT SAME dishes at Pearl Oyster Bar for several years. There were 8 hard, rubbery clams on the plate! EIGHT! I know clams are expensive but if you can't give a decent portion then don't sell them! He had Pearl's combination cocktail (1/2 chilled lobster, clams, oysters and shrimp in the same amount) only on a platter for TWICE the price.
The lobster pot pie was a travesty and the lobster roll was a joke! The fish we had was so overcooked that we sent it back and the French fries are just plain awful--I mean dreadful. Desserts ranged from the bizarre (WHAT was that stupid ice cream sandwich?) to pale imitations of Pearl's sundae. On top of this, the staff are supposedly all trained sommaliers? Another joke. But the shock is that the place was designed and decorated to look exactly like Pearl Oyster Bar! Rebecca Charles can't be a partner there, can she?
Does anyone know?
Pearl has some idiosyncracies but the food is always, always perfect! How else could he get away with such a direct knock off though? Post if you have any 411.
Regardless of who owns this joint, with all of the lobster/clam/fish shacks that Pearl has spawned in this city there is NO reason to eat here.

**whit565** Mar 21, 2007 05:53PM

"I understand that restaurants can get caught a bit off-guard when they open"

caught off-guard? restaurants are so expensive to open (and almost always delayed) they are usually barely functional in the first days. and geez, when Daily Candy hits? yikes! you practically guarantee yourself a terrible experience if you go to any new place, esp. from someone opening their first restaurnat on the first day it opens when Daile Candy hordes desced - i'm sorry, but that's just a recipe for a disaster, IMO

of course, they could have handled it better and invited you to come back another day to make up for the pointless wait.

personally, i'm not willing to wait 40 min anywhere - there are way too many good restaurants in the city. besides expectations rise in direct proportion to the wait, don;t they?

 **nuxvomica** Mar 22, 2007 07:40AM

I agree 100%                                                                    re: nuxvomica

**BRI328** Mar 27, 2007 04:10AM

As a chef and culinary consultant, I try NEVER to go to a restaurant before it's at least 3 months old, and if I do go sooner, and have a less than stellar experience, to return after the kinks have a chance to get ironed out.

Early reviews for a new restaurant are a two-edged sword. I know of no place that has opened seamlessly. There are always glitches in everything.

I realize New Yorkers are an impatient lot, but I hope you will give Ed's another chance at a later date. They must be doing something right to get such great reviews!

**ChefJune** Mar 22, 2007 10:12AM

Please. The guy's been making the exact same food for at least 6 years, depending on the press       re: ChefJune
release.
And what great reviews? No real food journalists have reviewed it. A couple of bloggers who don't even know enough about the food business to know a direct copy when they see one? That don't recognize a hot dog bun when they eat one? [gridskipper.com]
By the way, in answer to my own question earlier, I called Pearl and they have no affiliation with this joint.
AND I trust the Chow readers before I do a bunch of bloggers trying to be the first ones to "review" anything new or trying to cop a free meal.

**whit565** Mar 22, 2007 12:26PM

Imagine eating microwaved mussels in a bowl of water and parsley on the 6 train during rush hour and then paying 60 bucks for the experience. Sounds like fun? Then head over to Ed's. You'll wait an average of 90 minutes only to be stared down by 20 people in line waiting to take your seat and be gastronomically mistreated. Pretentious, packed, uncomfortable-- lobster salad on a hot dog bun, how chic and innovative! If your friends drag you to this hole in your wallett- order a bottle of muscadet and some fries and hold a grudge against them for at least a day or two.

**lelittleredhouse** Apr 14, 2007 09:21AM

Went to Ed's a week after it's grand opening and the food was subpar. The New England clam           re: lelittleredhouse
chowder was a joke. It was essentially 3/4 potatoes with 1 clam shell with minimal taste of the chowder. The whole chowder was very grainy and starchy from the superflous amounts of potatoes. The Lobster roll was way too small for $19 dollars. Very heavy on the mayo and celery and lacking on the lobster.. on a hot dog bun! The fried calamari was rubbery. Overall the experience was ehhh, definitely would not be going back anytime soon.

**smon320** Apr 14, 2007 11:06AM

Ed's Lobster Bar, Soho, New York

I had read bad reviews on this place and still decided to check it out for myself. I should've trusted the reviews and saved my money --- don't make the same mistake I did. They did a great job creating a great space out of this tiny narrow restaurant. Great ambiance. Great Caesar's salad. And that's where it ends. Overwhelmingly, it was the service or "arrogant" poor service that pushed it over to the DO NOT RETURN column. Just when will these noteworthy chefs realize that all their hard-earned currency goes up in one pathetic puff of smoke when you allow poor service to go unchecked in a place with your own name on it?! The soup came out cold and remained cold at our table. When politely asked to return the untouched soup to the kitchen for a fresh hot bowl, we were given lip service by our waitress. And then my friend who had the seafood entree found it entirely unfulfilling and regretfully still felt hungry after paying for a $20 entree that was no more filling than an appetizer. Additionally, she left a little fearful as the seafood in her dish did not taste particularly fresh --- which needless to say is quite scary when it comes to seafood. I think the food is not as

bad as some of the reviews but when combined with the grotesquesly poor service --- Red Lobster begins to look like a 5-star dining experience. Sad to have to write this review as it's indeed a very nice addition to the neighborhood but unless they shape up the service and the pricing, it won't fare any better than last season's hotpants.

**janeausten** Apr 18, 2007 12:43PM

I will also add my experience to this list. My main complaint with this place is the service (or lack thereof). I went there last week with a friend of mine around 7pm and was told that there was a 30 minute wait. So we made ourselves comfortable and 20 minutes later, a party of 2 walked in and was seated immediately. When we pointed this out to the host, he basically said "oops, you should have been next" and walked away. No apology, no complimentary drink, no nothing!

So when we finally sat down, we ordered the raw bar platter and two lobster rolls. The lobster rolls came out in about 15 minutes but we sent them back because we wanted our appetizer first. We told the server this, she gestured down to the end of the bar and said that the guy was in the weeds and that it would be about 10 more minutes....30 minutes later, we still didn't have our appetizer! When we told her that we'd been waiting a long time, she merely shrugged. The platter finally was delivered after about 40 minutes total wait time and there were bits of shell in the oysters. Belch.

We didn't have any complaints about the lobster rolls and fries were fine but IMO not worth dealing with the hassle when you can go to Mary's or Pearl's for better service. Too bad.

**kaffy** Apr 18, 2007 01:19PM

I forgot to mention in my previous post about the horrible service. The guy who was working the door with     re: kaffy glass did a horrible job. Yes, i am putting the short stubby guy with glass on blast. He said it was a 30 minute wait. Okay that's reasonable but soon after the 45 minute mark, he was letting people in who placed their names after I did. After 1+ hour wait for a seat, it wasn't worth it. Save your money and go else where. We'll see how long Ed's will last after the dailycandy crowd dissipates.

**smon320** Apr 18, 2007 06:43PM

So either I have really pedestrian taste, or things are better at lunch!

Was in the neighborhood Saturday, so tried it instead of heading downtown for a bahn mi - and have been raving about it since. I didnt want the lobster roll to end. A lot less mayo than Pearl - I thought it was significantly better, if a bit smaller.

I sat at the bar, and the server was excellent. A couple of very budget-minded tourists came in and she was incredibly patient with them. They had the salted cod on ciabatta that looked pretty good from where I was sitting.

**evening** Apr 19, 2007 01:29PM

« Back to the Manhattan Board                                        Back to the Top

Case 1:07-cv-06036-SAS-AJP     Document 1-7     Filed 06/26/2007     Page 6 of 32



# Ed's Lobster Bar in SoHo

We hoped to catch this new venture - from a former chef at Pearl's - on a quiet night, but boy were we m the place was absolutely PACKED with Daily Candy readers (make of that what you will), as it'd been fe Friday.

We put our name on the list and waited 40 minutes. They finally seated us in back - the place is rather n by a long bar, and there are a few haphazard tables jammed into a back room. After many attempts at g menu, water, etc from the completely disorganized staff we finally place our order and find they are out o EVERYTHING, and it wasn't even 8:45!

Can you say L-A-M-E?

I understand that restaurants can get caught a bit off-guard when they open, but it would have been nice didn't have any food left BEFORE we waited for that long. What a waste of an hour of life.

We picked up a pizza at Lombardi's instead and ate it on the way home (which was kind of great, actual

As a local, I can't ever see wanting to go back to Ed's. It's just too shrill, scene-y, chaotic, and just plain

But perhaps someone else on the board can actually weigh in on the food.

 **Oliverstreet** Mar 20, 2007 09:32PM

**6 REPLIES SO FAR**

We had the same experience and they had been open for several days. And it's not like this guy hasn before; he's been making THE EXACT SAME dishes at Pearl Oyster Bar for several years. There wer clams on the plate! EIGHT! I know clams are expensive but if you can't give a decent portion then dor had Pearl's combination cocktail (1/2 chilled lobster, clams, oysters and shrimp in the same amount) o for TWICE the price.
The lobster pot pie was a travesty and the lobster roll was a joke! The fish we had was so overcooked back and the French fries are just plain awful—I mean dreadful. Desserts ranged from the bizarre (WH stupid ice cream sandwich?) to pale imitations of Pearl's sundae. On top of this, the staff are suppose sommaliers? Another joke. But the shock is that the place was designed and decorated to look exactl Oyster Bar! Rebecca Charles can't be a partner there, can she?
Does anyone know?
Pearl has some idiosyncracies but the food is always, always perfect! How else could he get away wit knock off though? Post if you have any 411.
Regardless of who owns this joint, with all of the lobster/clam/fish shacks that Pearl has spawned in th NO reason to eat here.

**whit565** Mar 21, 2007 07:53PM

"I understand that restaurants can get caught a bit off-guard when they open"

caught off-guard? restaurants are so expensive to open (and almost always delayed) they are usually
in the first days. and geez, when Daily Candy hits? yikes! you practically guarantee yourself a terrible
go to any new place, esp. from someone opening their first restaurnat on the first day it opens when [
hordes desced - i'm sorry, but that's just a recipe for a disaster, IMO

of course, they could have handled it better and invited you to come back another day to make up for
wait.

personally, i'm not willing to wait 40 min anywhere - there are way too many good restaurants in the ci
expectations rise in direct proportion to the wait, don;t they?

**nuxvomica** Mar 22, 2007 09:40AM

I also went to Ed's last night and I must say I really don't understand what all the hype is from Bloomb
and other reviews? Perhaps they are friends with Ed?To start with the interior completely mimics The
If I didn't know better this could easily assume that this was a second franchise of the Pearl. But frienc
there is no affiliation. Now for the food. We ordered many apps. Fried oysters, Steamers and Fried Cla
The fried oysters didn't seem fresh? The breading was heavier and soggy that overwhelmed the oyste
a dollop of tartar sauce that was too thick and gloppy. The flavor of the oyster was definitely lost and c
rescued with a squeeze of lemon. The fried clams were not memorable again over breaded. The stea
bad but 1/3 of my bucket contained smashed clams. Before I had time to dig through my bucket of cla
meal came appeared before my eyes without me even finishing my steamers.

THE LOBSTER ROLL!!

The lobster roll was a complete disappointment! The presentation was lacking. At first I could not tell it
top split with cut sides but it was. The roll looked a bit squashed and was toasted in butter but was gre
lacked any flavor. The lobster salad was definitely overladen with mayo and lemon overload. I must sa
disappointing part was the potion of lobster salad. It was stingy and sitting on my squashed greasy bu
for an enticing and was generally flavorless. The fries that were a side were not crispy and thick cut. T
like was Ed's pickles. They were very flavorful and had good crunch. Service was not knowledge and
being rushed, noted when they showed up with or entrees without first removing our apps. We haven'
apps. yet. It was very crowded though.

In concluding I honestly expected better quality and more finesse from someone who has spent so mu
Pearl. Ed did however manage to copy the look of the Pearl right down to the coffee mugs!! I must say
were great. Perhaps he should explore this avenue as a new career? I'll take the Pearl over Ed's anyc
Overall experience? Food & Service and being rushed? Very disappointed and will not be returning to

**NYCFishmonger** Mar 22, 2007 11:34AM

As a chef and culinary consultant, I try NEVER to go to a restaurant before it's at least 3 months old, a
sooner, and have a less than stellar experience, to return after the kinks have a chance to get ironed (

Early reviews for a new restaurant are a two-edged sword. I know of no place that has opened seaml
always glitches in everything.

I realize New Yorkers are an impatient lot, but I hope you will give Ed's another chance at a later date. doing something right to get such great reviews!

**ChefJune** Mar 22, 2007 12:12PM

Please. The guy's been making the exact same food for at least 6 years, depending on the press release.
And what great reviews? No real food journalists have reviewed it. A couple of bloggers who don't enough about the food business to know a direct copy when they see one? That don't recognize a when they eat one? [gridskipper.com]
By the way, in answer to my own question earlier, I called Pearl and they have no affiliation with thi AND I trust the Chow readers before I do a bunch of bloggers trying to be the first ones to "review" trying to cop a free meal.

**whit565** Mar 22, 2007 02:26PM

Dailycandy does not equate to a review. It is a paid ad.

**KTinNYC** Mar 22, 2007 02:38PM

« Back to the Manhattan Board

# GAYOT.com
## The Guide to the Good Life

HOME    RESTAURANTS    TRAVEL    HOTELS    WINE    THE FOOD PAPER    EVENTS    LIFES'

Newsletters    Movies    Shop    Travel Guides    Automobile    Advanced Search

## THE BEST OF NEW YORK

---

**Site Search**    By Google

**RESTAURANTS**
▶ **Search**
▶ **"Best of" Lists**
▶ **Top Food Ratings**
▶ **News**
▶ **Features**
▶ **Reservations**

**QUICK BITES**
▶ **Search Quick Bites** -
Select QB as Rating and
search by Cuisine or Feature
▶ **Best Burgers**
▶ **Best Pizza**
▶ **Best Barbecue**
▶ **Best Ice Cream**

**NIGHTLIFE**
▶ **Best Lounges**
▶ **Best Wine Bars**

**HOTELS**
▶ **Hotel Search**
▶ **"Best of" Lists**
▶ **Top Hotel Ratings**
▶ **News Bytes**
▶ **Features**

**TRAVEL**
▶ **Business Travel Guide**
▶ **72-Hour Vacation**
▶ **Catskills Getaway**

**EVENTS**
▶ **What's Going On**
▶ **Food Events**
▶ **Wine Events**

**SHOPS**
▶ **Best Wine Shops**

---



# RESTAURANT NEWS

## New York

Search / Openings / Closings / Chef Shuffle / News Bytes / Culinary Events / Wine Dinners / Sign up for our free, monthly newsletter / News Archive

## "BEST OF" LISTS



### THE BEST OF



Hot 10                          Japanese
Food Ratings                    Late Night NEW!
Top 10 Food Ratings             Lounges
Food Ratings Compared           Outdoor
New & Notable                   Pizza
Barbecue                        Romantic
Bistros                         Seafood
Brunch                          Steakhouses
Burgers                         Sushi
French                          Value Restaurants
Heart-Healthy                   Vegetarian
Ice Cream                       Wine Bars
Italian                         Wine List

## RESTAURANT NEWS

■ **Openings**



**Earn a $25 Dining Cheque** when you reserve online **BOOK NOW**

Two for one is the name of the game at **Azza**, a bi-level French-Moroccan lounge. Chef Steven Ferdinand, formerly of Le Cirque, designed the menu, which includes tuna harissa as well as eggplant fritters with spiced yogurt. Impatient types can wait for dinner while playing PlayStation 3 in the lounge's game room. Azza, 137 East 55th St., New York, 212-755-7055.

**Island Café and Lounge** is a sure bet for fans of the reality TV show *Top Chef*, as it is helmed in the kitchen by Josie Smith-Malave, from the show's first season. Look for a pan-European menu here, focusing on Mediterranean specialties for the most

---

MORE...

▶ **Spas**

▶ **Cookbooks**

▶ **Features**

Special Offers!
▶ **Four Points Chelsea Manhattan**
Special Offers!
▶ **Sheraton Manhattan Hotel**
Special Offers!
▶ **Sheraton New York Hotel & Towers**
Special Offers!
▶ **The Westin New York at Times Square**

part. Perhaps the food will taste even better than it looked on TV? Island Café and Lounge, 35-15 36th St., Queens, 718-433-0609.

Another entrant to the crowded field of Asian restaurants in Williamsburg, **Sense** takes a holistic approach to the cuisine, borrowing from the entire continent. Look for Japanese small plates, congees and Korean stews here. Chris Schwalger, the chef de cuisine of Sumile Sushi, is executive chef here. Sense, 106 N. 6th St. (between Berry and Wythe), Brooklyn, 718-218-8666.



**Blind Tiger** returns! After losing their lease (and their liquor license at a new location) the popular neighborhood hangout has reopened with the ability to serve libations of all stripes. Blind Tiger, 281 Bleecker St., New York, 212-462-4682.

The name **4Fusion**, a new restaurant from Chani Singh, comes from the four cuisines that influence the menu: French, Italian, Asian and Latin fare all play a part here, where escargot and Indian spices can happily coexist. 4Fusion, 132 W. 58th St., New York, 212-247-8887.

Think LaGuardia is a culinary wasteland? You're probably right. But there is help on the way in the form of **Deluge**, a restaurant in the Sheraton La Guardia East Hotel with a menu designed by Michael Navarro. Look for woodland mushroom and risotto and African-spiced blue shrimp on the "international" menu. Deluge, 135-20 39th Ave., Queens, 718-670-7400.

The famed Pearl Oyster Bar is known for its lobster roll, but might soon become famous for breeding great seafood chefs. First Marys Fishcamp was born out of the kitchen of Pearl and now there's **Ed's Lobster Bar**, the SoHo seafood shack spin off from former Pearl chef Ed McFarland. Not surprisingly, the lobster roll will take front and center stage. A raw bar will also compete for diners' taste buds. Ed's Lobster Bar, 222 Lafayette St., New York, 212-343-3236.

■ **News Bytes**

**Cooked Fish**
**Bond St is closed** after a large fire in the building. There's still no word on when—or iff—it will re-open. BondSt., 6 Bond St., New York, 212-777-2500.



**Tavern on the Green Trumped**
**Donald Trump** is in talks **to purchase** Tavern on the Green from Jennifer LeRoy, the daughter of the restaurant's founder. Presumably, Trump would have money left over for plenty of gold fixtures and black marble. Tavern on the Green, Central Park West at 67th St., New York, 212-873-3200.

**New Flights at Fatty Crab**
Zak Pelaccio's Fatty Crab has just become more intoxicating: it has a liquor license and mixologist Dave Wondrich has stirred up some **intriguing cocktails** (or "crabtails," as they're being dubbed) for the occasion, including the house drink which has overproofed rum, pineapple and ginger juice, with bitters and Pernod. Fatty Crab, 643 Hudson St., New York, 212-352-3590.

**Dynamic Duo**
Word out of **Jeffrey Chodorow**'s camp is that he's teaming with soon-to-be star chef **Zak Pelaccio** (of 5 Ninth and Fatty Crab fame) to open an eatery called **Borough Food & Drink** which will create dishes from the best that the five boroughs has to offer has to offer. No word on when it's set to open yet, but it'll be set in the one-time Rocco's spot on E. 22nd St.

### Lunch in the West Village

Morandi, the new West Village Keith McNally joint (that has talented chef Jodie Williams behind the stoves) is now **open for lunch**. Which is a good thing, considering dinnertime reservations have been impossible to get since the Italian eatery opened its doors in February. Morandi, 211 Waverly Pl., New York, 212-627-7575.

### Lunch Menu at Aroma

Aroma Kitchen & Winebar, a rustic-looking Italian eatery, has **begun serving lunch** Mon.-Fri., noon to 3 p.m. Dishes include tasty panini (like goat cheese and pesto) homemade pasta and gnocchi dishes and fresh salads. Aroma Kitchen & Winebar, 36 E. 4th St., 212-375-0100.



### Precious Pie

There is some argument as to which city holds the crown for best pizza, but this week New York won the contest for most expensive pie by a solid margin. **Nino's Bellissima,** owned by restaurateur Nino Selimaj, announced this week that they would **start making a $1,000 pie.** The pricey pizza is topped with crème fraîche, four types of Petrossian caviar, Maine lobster tail and salmon roe. It almost makes sense in a city where $750 steaks and $120 hamburgers are also available. Nino's Bellissima, 890 Second Ave., New York, 212-355-5540.

### Unions To Go?

**Deliverymen from the Saigon Grill,** a popular Upper West Side Vietnamese spot, are **picketing the restaurant**. They were locked out after they attempted to unionize, and the restaurant has not made deliveries since the deliverymen started picketing last week. No word yet on when the situation may be resolved.

### Ernest Gallo Dies

Ernest Gallo, **co-founder of the E & J Winery, died** on March 7, 2007. He was 97. Gallo's business acumen helped turn the winery into a huge company; it produced over 80 million cases of wine last year.

### John's Reopens

West Village fixture John's Pizzeria **is back**. Lovers of the doughy delicacy were up in arms after the Department of Health shuttered the institution temporarily in the wake of the nearby Taco Bell rat debacle. The DOH claimed 70-year-old John's was missing a sink, thus violating the health code.



### Tap Into Charity

UNICEF is partnering with restaurants in New York to launch "Tap Project," a program to provide **safe drinking water for children around the world**. On World Water Day, March 22, participating restaurants will be asking customers to donate $1 for the New York City tap water that they usually serve for free during breakfast, lunch & dinner. More than 75 restaurants have already signed on including Le Bernardin, Craft and Zakarian's Town and Country. For more information, visit www.tapproject.org.

### ■ Closings

**Candela,** the stylish Union Square restaurant, has closed. It will re-open in Fall 2007 as Irving Mill Restaurant & Tap Room, a restaurant serving season American cuisine.

The East Village outpost of cheap eat destination, **Dojo,** has shuttered.

The Chelsea Southwestern eatery, **Lonesome Dove**, has packed up its taxidermy had headed back to Fort Worth.

**Fauchon** closed this week because of renovations to the building where it is located. The Parisian based food store plans to reopen nearby. Fauchon, 442 Park Ave., New York, 212-308-5919.

**LoSide Diner** has closed. LoSide Diner, 157 Houston St., New York, 212-254-2080.

■ **Chef Shuffle**

Oceana has a new crew manning the kitchen: **Ben Pollinger** (late of Tabla and Union Square Café) is the new executive chef and **Jansen Chan** (formerly of Alain Ducasse at the Essex House) is the new pastry chef. Oceana, 55 E. 54th St., New York, 212-759-5941.



The kitchen at Gordon Ramsey at the London is, apparently, already too hot to handle. Chef **Neil Ferguson**, who has been with Ramsey since 2000, has left the restaurant, heading back to London. His replace is **Josh Emmet** who has also worked closely with Ramsey since 2000.

Chef **Brian Young**, late of Le Bernardin, is the new chef at Tavern on the Green, replacing outgoing chef **John Milito**.

**Gary Robbins** is out as executive chef of the Russian Tea Room. Robins was forced out following a power struggle with owner Gerald Leiblich. A full-time replacement has not been named. Russian Tea Room, 150 W. 57th St., New York, 212-581-7100.

**Julian Medla** has left his position as executive chef at Zócalo. He has been replaced by **Joseph Cacace**, formerly of Il Bastardo. Zócalo, 174 E. 82nd St., New York, 212-717-7772.



### CULINARY EVENTS

**Want to learn to cook? Try new dishes? Meet a foodie friend for fun? Check out our compilation of culinary events in your area.**

■ **Wine dinners & tastings at Novus Vinum.com**

^top of page

(Updated: 03/21/07 LB)

---

Home / Restaurants / Hotels / Travel / Lifestyle / Events / Wine / Community / About Us / Shop / Site News / Advertise

Copyright © 1996-2007 GAYOT ® All Rights Reserved; Privacy Policy; Disclaimer **GAYOT (pronounced guy-OH)**



search



READ MORE: FOOD, LOBSTER
ROLLS, NEW YORK, THE FIRST BITE
IS THE SWEETEST

## GRIDSKIPPER'S THE FIRST BITE IS THE SWEETEST: ED'S LOBSTER BAR



Expanding the Lobster Roll Belt (approximately from Charles Street
and W. 4th to Houston and Allen), Ed's Lobster Bar opens tonight in
the spot where Au Coin Du Feu recently burned out (222 Lafayette).
Through sheer tenacity and dedication, we managed to squeeze into
their friends and family soft soft opening last night and are pleased to
file this report.

Ed's Lobster Bar has all the trappings one might expect from a man
who worked at Pearl for six years and, in words of many *was* Pearl

WELCOME

Case 1:07-cv-06036-SAS-AJP          Document 1-7          Filed 06/26/2007          Page 16 of 32

Oyster Bar, Chef Ed McFarland. A long gray marble bar, white washed wooden walls, bright lights, daily specials written simply on a black board. To any New York malocostraca fan these will be the familiar sacraments of a seafood place: Mary's has it, Pearl has it, Mermaid Inn has it. And the same acolyte will know, shit ain't real unless the lobster roll brings it in.

Only a true pescatarian could love the menu, I don't think I saw one land-lubbing dish amongst the apps or entrees. We ordered the calamari (always a good test) and the sea bass but we were there for one thing: lobster roll. When the roll arrived, we were cautious in our estimation, having been burned badly at Urban Lobster not too long ago. A mountain of thick fries were piled next to the roll, crystals of sea salt apparent. A mound of Ed's homemade pickle slices and the obligatory few leaves of lettuce were there too. And then, the roll. A sizable bun (bigger than a hot dog bun, smaller than a torpedo) fairly bursted with a mass of lobster meat liberally doused with mayonnaise. Too much, we thought sadly, anticipating another round of disappointment. But the first bite heartened us. The bun ached with butter, the lobster meat tasted (and in fact was) incredibly fresh. Completely devoid of the fishy taste found in inferior rolls, Ed's stands near the pinnacle of lobster supremacy. The real question is, "How does it compare with Pearl's?" and the answer is, well, "It's almost identical." Same lobster/mayo ratio, same delicious buttery bun and chunky generous serving But whereas Pearl charges $23 and throws a handful of crispy shoestring fries on the plate, Ed's charges a "mere" $19 for a plate loaded with lobster, pickles and an athletic portion of thick fries.

Clearly the lobster roll market is not yet saturated and perhaps supplies of something as delicious as a lobster roll will never outpace demand. Ed's Lobster Bar isn't any thing innovative but, in the world of lobster rolls, that's a good thing.

Ed's Lobster Bar

More exlusive pics after the jump!



A long marble bar, white-washed walls and a chalk board, nothing new here.

Your Ad Here

Advertise on Gridskipper

Victor Ozols

Case 1:07-cv-06036-SAS-AJP    Document 1-7    Filed 06/26/2007    Page 17 of 32



Crispy calamari with a fresh marinara sauce



The Holy Trinity: Fries, Lobster, Pickles

Comment 💬 ✉ 🔖 [+]

Ads)

🔊 Comments

add gridskipper...

🔊 Subscribe to comments on this post

# POST A COMMENT

To leave a comment, please login with a username and password.

Username:

Password:

Remember me on this computer? ☐

Forgot your username or password?

[ login ]

Features: Blog I Newsmap I Contribute | Favorites | Forum



d's Lobster Bar





If you've ever been to Pearl Oyster Bar, you might recognize Ed McFarland, who was the sous-chef there for six years. Ed has now struck out on his own with Ed's Lobster Bar, a spot for "New York seafood cuisine inspired by New England's long tradition."



We stopped in on opening night for a peek and found a crisp bright interior dominated by a long, white marble bar, with appropriate sea-themed artwork adorning the walls. The menu offers an assortment of raw bar and cooked options, but Ed doesn't stray far from the familiar. His hearty lobster roll is virtually identical to the one served at Pearl, with perhaps a touch more mayo, but it's now paired with thick fries rather than shoestrings and Ed's house-brined pickles, which add a spicy, tangy punch. We were a bit disappointed with our fried Ipswich clams, which were a tad sandy, but we'll be back to try some of the other offerings, especially those that reach beyond Ed's former repertoire, like the lobster pot pie, the house-smoked trout with roasted beets, and the potato galette with lobster, which sounds like a meal in itself despite being listed on the menu as a side.

Ed's Lobster Bar is currently open for dinner from Tuesday through Sunday, and for lunch on weekends. Weekday lunch is in the works. Starters range from $6-11, entrees from $16-20, and sides hover around $5. View the full dinner menu here.

*Ed's Lobster Bar*
*222 Lafayette Street*
*212-343-3236*

Posted by Laren Spirer in A Taste of . . . , Food , Restaurants | Link | Comments (1) | Recommend this! (9) | [+]

**EMAIL THIS ENTRY**

To:                    From:                    Message (optional):

<br>

[ Send ]

**Recent Gothamist Contribute tips:**

reuters reporting that contaminated petfood contained someth...

Surprised to see that the NYPD has put up one of their SkyWa...

Anybody know whats up with the police presence in the Financ...

free iced coffee from Dunkin' Donuts on Wed. 3/21<a href="h]]>...

Ahh, that could be why I saw nightstick/baton-wielding polic...

Fights and disruption after a City basketball game at MSG. L...

Anyone know what's going on in Times Square right now? ...

<a href="http://stephenl.livejournal.com/350606.html" rel="n]]>...

indeed...

There are different dog food producers not all dog food is f...

**COMMENTS [RSS]**

Gothamist usually knows all when it comes to food in NY and I know you love Pearl Oyster Bar as much as we do. So you've probably just forgotten that Pearl's has served lobster pot pie, potato galettes and smoked fish salads on and off through the years. I know. I've been a regular, regular since they opened in 1997.

Ed is not serving anything that he didn't learn at Pearl. I went there the other night to wish him well but I couldn't. From its grey wainscoting to the style of its wine list to every single item on the menu (except the calamari), it is a clone of Pearl's. I mean a total rip off just like the Fish Camps; although also like Mary's, not nearly as good.

It's so funny to read food writer's comparisons between the food at Pearl's to that of the Fish Camps, and now

Ed's. It tips their hand that they really don't know anything about the NYC food scene since the owners of both places just stole an entire menu from their former boss!

Which lobster roll is better? The joke's on them! They're all Rebecca's!

[1] Posted by: Hayley B. | March 21, 2007 12:26 PM

**POST A COMMENT**

Are you aware of our Comment Policy?

If you have a TypeKey identity, you can sign in to use it here.

Name:

Email Address:

☐ Remember personal info?

Comments: (you may use HTML tags for style, but you can only add links if you've signed in)

[ Post ]

**Preview**

*Your preview will show up here. Start typing!*

*Tags allowed: a href, b, i, br/, p, strong, em, ul, ol, li, blockquote, pre

2003-2007 Gothamist LLC. All rights reserved. We use MovableType.



Scott R.
Reviews
Written: 278

05/05/2007

Remember when you used to need a dual tape deck to make a copy of an album vs burning a CD?  And the copy wasn't quite as good as the original tape...

Consider Ed's Lobster Bar a copy of a great album.  It's very good - you'll enjoy it - but you know in the back of your mind that it's not as good as the original (The original being Pearl Oyster Bar http://www.yelp.com/biz/... - if they had named Ed's something like earl's JOyster Barge, they could've saved on signage and stationery with a little alteration)

The setup is reminiscent of POB.  When you walk in and there's a long bar area with seats.  There's a little less standing room than at POB but they do have a similar window seat that's worth snagging if available.  It's not too big of a deal since the wait here is shorter than POB.  If you walk past the long bar, there are maybe 10 tables in the back (windowless) room.

We got there at around 7PM and there were still seats available at the bar and in the back room.  Chose the bar since it was a little less confining.  (Note: When we left at 8:30ish. there was a decent-sized wait for seats)

After booking the lobster roll as the 'main act', we scoured the menu (and the bartender's recollections) to figure out the opening acts.  I had a little neck clam and 3 oysters (a Blue Point and some other ginormous variant).  They were complimented by lemon, cocktail sauce and a sweet vinegar sauce.  All of it was good but not stupendous.  The ginormous oyster was the best of the three - I'd order it again but wouldn't go out of my way to return for it.

The next act was a PEI Mussels cooked app in a dijon cream with horseradish sauce.  Not recommended.  The sauce actually detracted from the mussels.  My instinct is to just gobble up mussels if they're in front of me and the sauce defused said instinct.

Onto the main act - the lobster roll.  Similar to Pearl's, it was a buttered hot dog roll teeming w/ pieces of lobster bonded ever so slightly w/ mayo.  The fries were thicker than Pearl's - they were similar to the pommes frites you'd get w/ mussels.  I thought the lobster roll was really good but I'd still grade it slightly below Pearl's.  Can't pinpoint exactly why.  The fries were great and the saltiness was a nice compliment to the sweetness of the lobster roll.

For dessert, we split a strawberry rhubarb pie with a scoop of vanilla.  Very good!

The beer selection is solid.  The Harpoon IPA compliments the seafood quite well.  The Butternut Pork Slap Ale sounds better than it tastes.

Our bartender/server wasn't super-attentive but she was friendly and cute.  Two out of three ain't bad...

All in all, I'd say this is a good spot if you're in the area or want to give something new a try.  I'd go back to Pearl's before Ed's...but next on the list is attending Mary's Fish Camp...

    Bookmark    Send to a Friend



Jess W.
Reviews
Written: 24

05/04/2007

ok. i've been dying to try this place since it has opened because i'm rarely in the west village to try Pearl's or Mary's.  Go if you freakin LOVE lobster.  When i read all the reviews about the lobster roll...i imagined this overflowing mecca of chunky lobster resting on top of a hoagie roll. crying to be shared.
It's actually more of the size of a hotdog bun.  And when I saw that, I had decided to order one for myself, greatly underestimating its punch.

it IS overflowing with succulent fresh lobster with the perfect mix of mayo- not too much, not too little.
it IS on a toasted buttery roll you can sink your teeth into
it IS sold at market price which on my (un)lucky day was $25 with a side of crispy crunchy fries, like, so crispy and crunchy that there isnt any soft mushy filling in it at all. (and i'm the kind who likes the eat the near burnt ones from mcDonald's)

but  when we were all about 5/8ths finished with our rolls, we all started to get that sickly mayo and deep fried butter type queasy feeling. you get to the point where u try to cram everything into your mouth because you're paying $25 for lobster and hey! your mom would kill you if she knew u were wasting lobster.

3 people. 3 entrees, 3 drinks. plus one order of fried breaded oysters (which came with a great pickle-y mayo sauce, mm!) came up to $95 ish. without tip. service is awesome. went on a thursday and sat at the bar within 5 minutes.

i hate to crap on a good thing, but if i were to go back again, it would only be after extensive lobster market price monitoring and forecasting. =T

    Bookmark    Send to a Friend



Chris L.
Reviews
Written: 243

04/02/2007

Ed's Lobster Bar finally brings some quality lobster rolls to the east side. With a long bar in the front for bar-style seating and tables in the back, Ed's is very much another Pearl's and Mary's, only on the other side of Manhattan. The oysters my friends and I tasted were fresh and sweet, the shrimp cocktail was light and refreshing, and the scallop dish was flavorful with large scallops. Despite the freshness and flavor of the various seafood dishes we tried, something about the signature lobster roll was amiss. At Ed's something about the lobster roll did not quite live up to those of its predecessors. At Pearl's and Mary's the lobster rolls are perfect and almost indistinguishable, with buttery rolls enveloping just the right amount of lobster, mayo, and herbs. Perhaps it was the mayo to lobster ratio or the amount of spices and herbs added in, but at Ed's something was not quite the same - still good - but not the same. What the lobster roll lacked in flavor, however, it made up in quantity. The Ed's lobster rolls were overflowing with meaty lobster, so much so that with every effort to take a bite of lobster, huge chunks would fall onto my plate. These generous helpings definitely won me over and almost made me forget the less than speedy service that is sometimes typical of newly-opened restaurants. When it comes to dessert, skip the ice cream sandwich made with ice cream in a hotdog bun. Awkward to eat and slightly odd tasting, there are better alternatives such as the creamy blueberry creme brulee - something not to miss. While Ed's still has a few glitches to fix, it is a welcome addition to the downtown eastside restaurant scene and worth the ever growing wait for a table.



Mouthfuls   Guidelines                    Help   Search   Members   Calendar

Welcome Guest ( Log In | Register ) · Active Topics · Food Topics

▷ **Mouthfuls > USA > New York**

3 Pages ▾  <  1  2  3                                    ADD REPLY    NEW TOPIC

| **Ed's Lobster Bar, A Former Pearl's Oyster Bar Cook** | Options ▾ |

**Orik**                          ▢ Mar 20 2007, 11:23 PM                    Post #31



good oysters, excellent clams, nice roated bluefish, nice fries, inedibly salty pickles and really shit lobster salad in the roll (too cold, not sweet at all somewhat fishy, too tough meat, tides have them beaten by a mile)

--------------------
Due to unstable time conditions, it will be Friday at 2pm with scattered Thursday mornings until next Tuesday.

**Advanced Member**
■ ■ ■

Group: Technocrat
Posts: 5758
Joined: 16-March 04
From: nyc
Member No.: 14

OFF    CARD    PM        ↑ TOP                      + QUOTE    ❞ REPLY

**wingding**                      ▢ Mar 20 2007, 11:46 PM                    Post #32



We had a wonderful,consistent as usual,dinner at Pearl's last night;oysters raw and fried,salted shrimp,lobster roll,and a nice selection of wines...I'll stay loyal,and phooey to all the copycats,pretenders,et al...

--------------------
G*d is in the details...

**Advanced Member**
■ ■ ■

Group: Members

Posts: 752
Joined: 27-April 04
Member No.: 114

OFF   CARD   PM        ↑ TOP                                    + QUOTE   ‼ REPLY

**nuxvomica**                    ☐ Mar 21 2007, 02:40 AM                    Post #33

Advanced Member
■ ■ ■

Group: Members
Posts: 1030
Joined: 12-June 05
Member No.: 611

> **QUOTE(Orik @ Mar 20 2007, 11:23 PM)** ⊞
>
> good oysters, excellent clams, nice roated bluefish, nice fries, inedibly salty
> pickles and really shit lobster salad in the roll (too cold, not sweet at all
> somewhat fishy, too tough meat, tides have them beaten by a mile)

pretty much sums up our experience - good oysters (fried & raw) and a
lobster roll that needs work. ours wasn't shit (not too cold - just right) but it
wasn't great either - some of the lobster chunks were way too big and not
seasoned properly. the pickles were rather inedible ("bracing" would be too
kind) but the fries - quite good. the fried oysters sat on not-so-fab tartar
sauce (too large chunks of pickles and onions)

the service was pretty good and they are fast, even though they were packed
and a touch understaffed.

delicious bottle of bottle of Kracher Illmitz Pinot Gris, although they tend to
overpour wines.

the vibe is good, bar is long and the line stretched way out the door. plenty of
room for improvement. and our neighbor's lobster pot pie smelled heavenly

--------------------
Good evening. I have a reservation for Micky Mouse, party of three?

OFF   CARD   PM        ↑ TOP                                    + QUOTE   ‼ REPLY

**SethG**                    ☐ Mar 21 2007, 04:19 AM                    Post #34

Orik and Nuxvomica, you're talking about Ed's, right?

Advanced Member
■ ■ ■

--------------------
I think it's your mind.

Group: Members
Posts: 712
Joined: 2-January 05

From: Brooklyn, NY
Member No.: 255

---

**OFF** | **CARD** | **PM**          **TOP**                    **QUOTE** | **REPLY**

**Orik**



Advanced Member
■ ■ ■

Group: Technocrat
Posts: 5758
Joined: 16-March 04
From: nyc
Member No.: 14

☐ Mar 21 2007, 11:54 AM                                    Post #35

Yes. I guess it's fair to point out they've only been open a day or so, maybe
the lobster will improve with time.

--------------------
Due to unstable time conditions, it will be Friday at 2pm with scattered Thursday mornings
until next Tuesday.

---

**OFF** | **CARD** | **PM**          **TOP**                    **QUOTE** | **REPLY**

**nuxvomica**

Advanced Member
■ ■ ■

Group: Members
Posts: 1030
Joined: 12-June 05
Member No.: 611

☐ Mar 21 2007, 05:44 PM                                    Post #36

> **QUOTE(SethG @ Mar 21 2007, 04:19 AM)** ⊞
>
> Orik and Nuxvomica, you're talking about Ed's, right?

 

i hope they get the lobster roll right - i wouldn't mind having a good place in
that location. it's true they've only been open a few days - the Bloomberg guy
was there on Fri. (and liked it) so chances are they will fix it (and those
pickles, please!) otherwise, i'm off to Pearl Oyster Bar

btw, the bartender/server (who we thought was good - attentive & fast)
made a strange comment at the end, something to the effect "even if the
food wasn't that good, you had a great bottle of wine." the wine was good,
yes. but the food wasn't bad and we ate most of it so, i wonder why... guess
he was just making conversation anyway, i liked the buzzing energy at the
bar and they did get us out of there in under an hour (although even places



that rush you a little suddenly slow down when you want to pay and get out, why is that?)

--------------------
Good evening. I have a reservation for Micky Mouse, party of three?

|-- New York                                                          Go

**Lo-Fi Version**                    Time is now: 25th March 2007 - 09:59 PM

Invision Power Board v2.1.5 © 2007 IPS, Inc.

# The TONY 100

## Restaurants

This is how we do it

The restaurants and bars that appear in this section are chosen by TONY's food critics. We visit the establishments anonymously and pay for our own meals and drinks.

**Vegetarian-friendly**

**TONY ON DEMAND:** For video clips, reviews and much more, tune in to Channel 1.112 on Time Warner Cable, or timeoutnewyork.tv on the Web.

### Tribeca & south

**Bonbon Chicken** Think Asian-style at this downtown Korean fried-chicken spot. Choose from small, medium portions of wings, drumsticks or boneless breast strips, and one of two flavors: tangy soy-garlic or a not-so-spicy In a concealed kitchen, the chicken is deep-fried in a light coating of flour, and fried not once, but twice to order. When your bird is ready, a metal door swings open and out slides a cute bag that holds your hot meat, some middling slaw and a sweet—but cold—corn roll. Chow at one of four communal tables, take it to go, or have it delivered. The Colonel doesn't do that. *98 Chambers St between Broadway and Church St (212-227-2375). Subway: A, C, 2, 3 to Chambers St. Mon–Sat 11am–9pm, Sun noon–9pm. Small chicken: $7.*

**Chanterelle** Unlike so many other homages to fine dining, Chanterelle still retains a warm, small-time operation, even with big-time prices. After 28 years, owners David and Karen Waltuck continue to wow gastronomes with a handwritten menu that changes every four weeks. In a serene, elegant space, Chef Waltuck (he of the 2007 James Beard award for best New York chef) is steeped in tradition, but he also continually tests new, fun dishes: An asparagus soup with fresh morels, while halibut is wrapped in prosciutto and paired with a saffron corn ragout. *2 Harrison St at Hudson St (212-966-6960). Subway: 1 to Franklin St. Mon–Wed, Sun 5:30–11pm; Thu–Sat noon–2:30pm, 5:30–11pm. Four-course prix fixe: $95.*

**Odeon** The neon-lit spot, with tablecloups in French's-mustard yellow, is the latest from father-son team Lynn and Peter Poulakakos (Harry's at Hanover Square, Ulysses). The eatery makes business at lunch, but caters its service to the area's crush of new residents. In the spirit of convenience, diners are welcome to offer whatever it is they're craving. There are kobe sliders made with American Wagyu, Momofuku-style pork buns and even a full sushi bar with passable raw fish. Though service can slow and even dismissive (these diner didn't call you "honey"), if you live or work around the corner, this place can become your daily canteen. *2 West Broadway at Maiden Ln (212-747-0797). Subway: 2, 3, 4, 5 to Wall St. Daily 24hrs. Average main course: $14.*

**The Harrison** Tribeca's reliable standby is as welcoming as ever—a softly lit room is dotted with candles and filled with happy conversation. Chef Brian Bistrong (Josephs Citarella) stocks the menu with farm-fresh ingredients—

spring peas, rhubarb, artichokes—and delivers the goods in fine form. Duck confit is paired with spiced eggplant and chèvre, and scallop ceviche is tossed with red onions, cucumbers and passion fruit. If you wish to extend your stay, there's a blueberry tart with raspberry ice cream. *355 Greenwich St at Harrison St (212-274-9310). Subway: 1 to Franklin St. Mon–Thu 5:30–11pm; Fri, Sat 5:30–11:30pm; Sun 5–10pm. Average main course: $24.*

### Chinatown/Little Italy

**Cafe Gitane** Lingerers are welcome at this Parisian-style café, whether they're outside smoking and sipping lattes or inside gossiping over salmon tartare in the cool blue- and orange-painted space. The clientele is almost too hip for an activity as mundane as eating. Too bad for them. The menu is full of appealing bites, such as merguez with raisin-and-pine-nut-couscous, plus affordable beer and wine. *242 Mott St at Prince St (212-334-9552). Subway: N, R, W to Prince St; 6 to Spring St. Mon–Thu, Sun 9am–midnight; Fri, Sat 9am–12:30am. Average main course: $10. Cash only.*

**Cafe Habana** The fashionable people milling around Nolita at all hours look like they don't eat, but they do—here. They storm this chrome corner fixture for the sexy scene and the addictive corn: golden ears char-grilled, doused in fresh mayo, and generously sprinkled with chili powder and cotija cheese. Staples also include a Cuban sandwich of tender roasted pork, ham, melted Swiss and sliced pickles, and crisp beer-battered catfish. For dessert, try the cajeta (caramel) flan. Locals love the takeout annex next door, where you can get that corn-on-a-stick to go. *17 Prince St at Elizabeth St (212-625-2001). Subway: N, R, W to Prince St; 6 to Spring St. Daily 9am–midnight. Average main course: $10.*

**Quickly Shabu Shabu** This Chinatown shop's fairly plain façade gives way to unexpected futurism: bright-orange booths, hanging-globe light fixtures and hot pots built into each table. Shabu-shabu—you boil your own raw meats and vegetables in tangy broth—is a fun adventure in DIY cooking. Dishes like mini fillets of pork and chicken are top-notch. Best of all is the wide range of bubble teas, from conventional black tea to taro-flavored, free with the meal. *237B Grand St between Bowery and Chrystie St (212-431-0998). Subway: J, M, Z to Bowery. Daily 10am–11pm. Average main course: $13.*

### Lower East Side

**Frankies Spuntino 17 Clinton Street** The Manhattan outpost of Frankies is as beloved as the Brooklyn original: A steady crowd ambles in most evenings (no reservations here), and though there are just 26 seats, the result is cozy and cool—not cramped. Snackers can nibble on cheeses, cured meats and unusual salads, including a stellar combo of watercress, caramelized apple and Gorgonzola Romano. Entrées, like the roasted prime rib-eye sliced cold with tomato, red onion and pecorino romano are more filling. Drinkers can sip more than a dozen wines by the glass or try one of 70 bottles. *17 Clinton St between Houston and Stanton Sts (212-253-2303). Subway: F, V to Lower East Side–Second Ave. Mon–Thu, Sun 11am–midnight; Fri, Sat 11am–1am. Average main course: $14.*

**Open the Sesame** Thai spots are all over this 'hood, but this cutely named eatery

stands out by pushing the charm factor. The narrow space is outfitted with the chef's original artwork, while the menu features standard Thai fare peppered with some unusual fusion additions. The spicy beef salad—strips of sirloin and pieces of romaine in a chili-lime dressing—is a good place to start, and broad noodles stir-fried with chicken, scrambled egg, string beans, red pepper and carrots was among the best rice pasta dishes we've ever had. But the most delicious thing about this eatery is the prices. Wines start at $5 per glass, and the mussels are a measly $13. *198 Orchard St between Houston and Stanton Sts (212-228-8555). Subway: F, V to Lower East Side–Second Ave. Mon–Fri noon–5pm, 6pm–midnight; Sat 11:30am–5pm, 6pm–midnight. Average main course: $17.*

**Rayuela** The sea-green walls and Gallic-accented chatter make a trip to this bistro transformative. The Île de Ré, off the western coast of France, is the inspiration for this eatery from chef Marc Behan and his wife, Caroline, who visit there every year. The Paris-trained Behan eschews buttery sauces in favor of simple fare, like mussels *moxclade* in a bold saffron-infused broth, and a perfect *poire Belle-Hélène.* But the prices are the real lure. *165 Allen St between Stanton and Rivington Sts (212-253-1158). Subway: F to Delancey St; J, M, Z to Delancey-Essex Sts. Mon–Fri noon–10:30pm; Sat 5–11pm. Average main course: $8.*

**Soy** Owner Etsuko Kizawa has a dream: to educate New Yorkers on the virtues of Japanese home cooking in all its soyful glory. Try her miso soup full of vegetables, or a plate of *nikujaga,* a beef-and-potato stew. Specialties include a deep-fried tofu Treasure Sack stuffed with vegetables, and spicy tuna salad with carrots and shiitake mushrooms. Chocolate, red-bean or green-tea tofu pudding makes for a silky dessert. If you can't score a table in the sparsely decorated storefront, get a fresh-fruit soy smoothie to go. *102 Suffolk St between Delancey and Rivington Sts (212-253-1158). Subway: F to Delancey St; J, M, Z to Delancey-Essex Sts. Mon–Fri noon–10:30pm; Sat 5–11pm. Average main course: $8.*

### Soho

**Ed's Lobster Bar** Chef Ed McFarland (Pearl Oyster Bar) takes on the city's shellfish-shack formula—pioneered at his old stomping ground—at this tiny new Soho spot. If you secure a place at the 30-seat marble bar or one of the few tables in the whitewashed eatery, expect superlative raw-bar eats, delicately fried clams and lobster served every which way: steamed, grilled, broiled, chilled, stuffed into a pie and the crowd favorite, the lobster roll. Here, it's a buttered bun stuffed with premium chunks of meat with just a light coating of mayo. *222 Lafayette St between Broome and Spring Sts (212-343-3236). Subway: B, D, F, V to Broadway–Lafayette St.*



Join Us for the First Anniversary Party of

# Bamboo 52

**Monday JUNE 18**
**8 pm - Midnight**

Come celebrate with Hostess, Performance Artist and Bette Midler Impersonator

## Donna Maxon

**Celebrity Look-a-Like Contest**
**Amazing Raffle Prizes All Night**
**Show Tickets · Dinners · More!**
**Special Cocktails**
**Liquor & Sake Promotions**
**Sushi Sampling**
**Midnight Champagne Toast**
**Hot Guest DJ**

344 West 52nd St   212-315-2777
www.bamboo52nyc.com