UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Powerful Katinka, Inc. d/b/a Pearl Oyster Bar, | Case No. |
|---|---|
| Plaintiff | |
| - v - | **Rule 7.1 Statement** |
| Edward McFarland and Ed's Lobster Bar, LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiff Powerful Katinka, Inc. d/b/a Pearl Oyster Bar, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** June 26, 2007

Signature of Attorney

**Attorney Bar Code:** DJ3443