
# SERRINS
## & ASSOCIATES LLC

233 BROADWAY 18TH FL NEW YORK, NY 10279  212 384 0202  FACSIMILE: 212 406 2313  www.serrinslaw.com

ALAN SERRINS
ANTARA KANTH

OF COUNSEL:
RICHARD A. DIENST
(also admitted in NJ and PA)
ERIC FRANZ
DAVID WHITE
CHARLES SCIARRA
(also admitted in NJ)
BRUCE BERNSTEIN
(also admitted in NJ)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07

RECEIVED IN CHAMBERS OF
AUG 1 6 2007
JUDGE SCHEINDLIN

August 16, 2007

**VIA FACSIMILE**
The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm 1620
New York, NY 10007

> Re: Powerful Katinka, Inc., d/b/a Pearl Oyster Bar vs. Edward
> McFarland & Ed's Lobster Bar, LLC
> **07 CIV 6036**

Dear Judge Scheindlin:

Our office represents the Defendants, Edward McFarland and Ed's Lobster Bar, LLC, in the above referenced matter. The parties have appeared at a pretrial conference to set discovery before the Court on August 7, 2007. Defendants had until August 10, 2007 to interpose an Answer.

Recently, our clients hired an Intellectual Property attorney to assist in the defense of this case. We then contacted Plaintiff's attorneys, to request an extension to file an Answer on or before August 24, 2007. Plaintiffs would not agree to any additional time. Accordingly, because we have new counsel on board, and because Plaintiffs refused our request for a minimal extension, we respectfully request that this Court order that Defendants' time to file an Answer be extended to on or before August 24, 2007.

Respectfully Submitted,

ANTARA KANTH

*[handwritten note:]* Defendants' time to file Answer is extended to and including August 24, 2007. So Ordered. [signature] USDJ 8/16/07



August 16, 2007
Hon. Shira A. Scheindlin
Page 2

cc: David Jacoby, Esq. (via facsimile)