UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

POWERFUL KATINKA, INC.
d/b/a PEARL OYSTER BAR,                                              07 Civ. 6036 (SAS)

                    Plaintiffs,

                                                               **NOTICE OF APPEARANCE**

      -against-

EDWARD McFARLAND and
ED'S LOBSTER BAR LLC,

                    Defendants.

---------------------------------------------------------X

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants **EDWARD McFARLAND** and **ED'S LOBSTER BAR LLC.**

I certify that I am admitted to practice in this Court.


Dated:  New York, New York
        August 24, 2007


                                                      /s/ Alan Serrins
                                                      Alan Serrins (AS 4739)
                                                      SERRINS & ASSOCIATES LLC
                                                      233 Broadway, 18th Floor
                                                      New York, New York 10279
                                                      (212) 384-0202
                                                      aserrins@serrinslaw.com