UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POWERFUL KATINKA, INC.                     :
d/b/a PEARL OYSTER BAR,                                      07 Civ. 6036 (SAS)
                                           :
           Plaintiff,                                        **DEFENDANTS' RULE 7.1**
                                           :                **STATEMENT_____**
     -against-
                                           :
EDWARD McFARLAND and
ED'S LOBSTER BAR LLC,                      :

           Defendants.                     :
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, the undersigned counsel for Defendants Edward McFarland and Ed's Lobster Bar LLC (collectively "Defendants") hereby certifies that Defendants are private non-governmental parties, that Defendants have no parent corporations, and that no publicly held corporation owns 10% or more of Defendants' stock.

Dated:  August 24, 2007                    SERRINS & ASSOCIATES LLC

                                           By:  /s/ Alan Serrins _____
                                                Alan Serrins (AS 4739)

                                           Counsel for Defendants
                                           EDWARD MCFARLAND and
                                           ED'S LOBSTER BAR LLC