# SERRINS
## & ASSOCIATES LLC

233 Broadway 18ᵗʰ Fl New York, NY 10279  212 384 0202  Facsimile: 212 406 2313  www.serrinslaw.com

ALAN SERRINS
ANTARA KANTH

Of Counsel:
RICHARD A. DIENST
(also admitted in NJ and PA)
ERIC FRANZ
DAVID WHITE
CHARLES SCIARRA
(also admitted in NJ)
BRUCE BERNSTEIN
(also admitted in NJ)

October 17, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07
```

Via Facsimile ((212) 805-7920)
The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm 1620
New York, NY 10007

Re: Powerful Katinka, Inc., d/b/a Pearl Oyster Bar vs. Edward
McFarland & Ed's Lobster Bar, LLC, 07 CIV 6036

Dear Judge Scheindlin:

We represent defendants Edward McFarland and Ed's Lobster Bar, LLC in the above-referenced matter. We write Your Honor to respectfully request an extension to October 26, 2007 of the October 18, 2007 date set forth in the August 7, 2007 Scheduling Order for "[r]esponse to demands and production of documents to occur."

This request, which is made with the consent of counsel for plaintiff Powerful Katinka, Inc. d/b/a Pearl Oyster Bar, is sought for good cause because the parties wish to produce confidential and privileged documents to each other, have exchanged drafts of a stipulated protective order governing confidentiality, and now are in the process of negotiating a mutually acceptable version of this document to be submitted shortly for Your Honor's consideration. We note that the requested extension, if granted, will not affect any of the other dates set forth in August 7ᵗʰ Scheduling Order.

We respectfully thank the Court for its consideration of our request.

Respectfully Submitted,

SERRINS & ASSOCIATES, LLC

ALAN SERRINS

cc: David Jacoby, Esq. (via facsimile)
Judith Roth, Esq. (via facsimile)

Y:\EMP_LABO\ED'S LOBSTER BAR\SCHEINDLIN DISCOVERY EXTENSION.doc

*Handwritten:* Defendants' request is granted. The October 18, 2007 date set forth in the Scheduling Order is extended to October 26, 2007. No other dates in the Scheduling Order will be affected.

SO ORDERED:

Date: Oct. 18, 2007

Shira A. Scheindlin USDJ