UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POWERFUL KATINKA, INC., d/b/a PEARL OYSTER BAR,<br><br>                              Plaintiff,<br><br>    against<br><br>EDWARD McFARLAND and ED'S LOBSTER BAR LLC,<br><br>                              Defendants. | 07 Civ. 6036 (SAS) (AJP)<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as co-counsel for defendants, and requests that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated: December 5, 2007

                                                       MARKOWITZ & CHATTORAJ LLP

                                                  s/ Alon M. Markowitz
                                                    Alon M. Markowitz (AM0111)

                                               271 Madison Ave., 20th Floor
                                               New York, NY 10016
                                               Tel:  212-481-1220
                                               Fax:  212-481-1221
                                               Email:  amarkowitz@mclawllp.com

                                               Co-Counsel for Defendants Edward McFarland and Ed's Lobster Bar LLC