UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POWERFUL KATINKA, INC., d/b/a PEARL OYSTER BAR,<br><br>         Plaintiff,<br><br> against<br><br>EDWARD McFARLAND and ED'S LOBSTER BAR LLC,<br><br>         Defendants. | 07 Civ. 6036 (SAS) (AJP)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as co-counsel for defendants, and requests that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated: December 5, 2007

              MARKOWITZ & CHATTORAJ LLP


               s/ Partha P. Chattoraj
                 Partha P. Chattoraj (PC1235)

              271 Madison Ave., 20th Floor
              New York, NY 10016
              Tel:  212-481-1220
              Fax:  212-481-1221
              Email:  pchattoraj@mclawllp.com

              Co-Counsel for Defendants Edward McFarland
              and Ed's Lobster Bar LLC