UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

POWERFUL KATINKA, INC.                             :
d/b/a Pearl Oyster Bar,

                                                   :

              Plaintiff,                                    07 Civ. 6036 (SAS) (AJP)

                                                   :

              -against-                                    **ORDER**

                                                   :

EDWARD MCFARLAND & ED'S LOBSTER
BAR, LLC,                                          :

              Defendants.                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**ANDREW J. PECK, United States Magistrate Judge:**


      The Court is in receipt of plaintiff's counsel's December 4, 2007 letter.

      Counsel are to bring the disputed, allegedly inadvertently produced (by defendants)

priviliged documents, as well as any other priviliged documents in issue, to the December 7, 2007

conference.

      Counsel are to complete their meet and confer on <u>plaintiff's</u> complaints about

defendants' production/non-production, before the December 7, 2007 conference, on pain of

sanctions.  If defendants have not identified their claimed deficiencies with plaintiff's production

beforehand, and had a meet and confer (<u>after</u> the issues raised by plaintiff), the Court likely will not

C:\OPIN\

resolve them at the December 7, 2007 conference, which may delay defendants' abilities to complete

discovery on time – and the Court is not likely to extend discovery.

        SO ORDERED.

Dated:       New York, New York
               December 5, 2007

                                         **Andrew J. Peck**
                                         United States Magistrate Judge

Copies **by fax & ECF** to:     David Jacoby, Esq.
                             Judith S. Roth, Esq.
                             Steven M. Bocknek, Esq.
                             Alan Serrins, Esq.
                             Alon Markowitz, Esq.
                             L. Peter Parcher, Esq.
                             Judge Shira A. Scheindlin

C:\OPIN\