

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK 10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

David Jacoby
212-745-0876
djacoby@schiffhardin.com

February 5, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/08

RECEIVED
CHAMBERS OF
FEB 0 5 2008
JUDGE SCHEINDLIN

<u>**VIA FACSIMILE ((212) 805-7920)**</u>

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

    Re:    Powerful Katinka, Inc., d/b/a Pearl Oyster Bar v.
            <u>Edward McFarland and Ed's Lobster Bar, LLC 07 CIV 6036</u>

Dear Judge Scheindlin:

        This firm represents the plaintiff in the above-referenced matter. I write to advise the Court of the results of a status conference before Magistrate Judge Peck which took place this morning.

        After the parties advised the Court that they had begun settlement discussions, Magistrate Judge Peck permitted the following adjustments to the existing schedule:

1. date for conclusion of fact discovery extended from February 20, 2008 to March 20, 2008;

2. deadline for exchange of expert witness reports extended from March 17, 2008 to April 17, 2008; and

3. deadline for conclusion of expert discovery extended from April 17, 2008 to May 16, 2008.

*Final pretrial conference adjourned to April 1 at 4:30*

*So Ordered:* [signature]
USDJ
2/7/08

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO



The Honorable Shira A. Scheindlin
February 5, 2008
Page 2

      Your Honor previously had directed that a final pretrial conference take place on March 4, 2008 at 4:30 p.m. Magistrate Judge Peck suggested that we apprise your Honor of these developments and inquire if you wish to reschedule the final pretrial conference.

                              Respectfully submitted,

                              David Jacoby

DJ:ja

cc:    Hon. Andrew J. Peck (via facsimile)
        Alan Serrins, Esq. (via facsimile)
        Alon Markowitz, Esq. (via facsimile)
        Partha Chattaroj, Esq. (via facsimile)
        Peter Parcher, Esq. (via facsimile)

NY\50252404.1