


**David Jacoby**
212 745-0876
djacoby@schiffhardin.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/4/08

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK 10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

March 4, 2008

**BY FAX**

**MEMO ENDORSED** 3/4/08

*[handwritten endorsement]* Extension granted. Conf. adjourned to 3/6/08 3/20 at 4:00 p.m. Requested further extensions will not be granted without good cause shown.

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY TELECOPY**
Hon. Andrew J. Peck
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York

Re:   Powerful Katinka, Inc. v. Ed's Lobster Bar LLC
      07 CV 6036 (SAS)

Dear Magistrate Judge Peck:

There is a status conference scheduled before Your Honor for 10:30 a.m. on March 6, 2008 in the referenced matter. Plaintiff and defendants join in asking the Court to adjourn this conference briefly, and also to reschedule certain outstanding deadlines.

The parties have continued to work very hard to seek a resolution of this case, and have made considerable progress toward that goal, although we are not there yet. Accordingly, we ask that the status conference be adjourned for two weeks to March 20, 2007 (if that suits the Court's schedule). Additionally, we ask that the following deadlines be adjusted as noted:

Fact discovery completion: further extension from March 20, 2008 to April 3, 2008;

Expert discovery completion: further extension from May 16, 2008 to May 30, 2008.

Judge Scheindlin has re-scheduled the final pre-trial conference to April 1, 2008 at 4:30 p.m. and we are hopeful the matter can be resolved before then.

Respectfully submitted,

*[signature]*
David Jacoby



Hon. Andrew J. Peck
March 4, 2008
Page 2 of 2

cc.:  Partha Chattoraj, Esq.
      Alon Markowitz, Esq.
      Peter L. Parcher, Esq.
      Alan Serrins, Esq.
      (all by telecopy)

NY\50269610.1

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** March 4, 2008                                          **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| David Jacoby, Esq. | 212-753-5044 |
| Alan Serrins, Esq. | 212-406-2313 |
| Alon Markowitz, Esq.<br>Partha P. Chattoraj, Esq. | 212-481-1221 |
| L. Peter Parcher, Esq. | 212-790-4545 |

# TRANSCRIPTION:

**MEMO ENDORSED 3/4/08**

Extensions approved. Conf. adjourned from 3/6 to 3/20 at 9:30 AM. Do not assume that further extensions will be granted - get the settlement done.

Copy to:    Judge Shira A. Scheindlin