USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

POWERFUL KATINKA, INC.
d/b/a Pearl Oyster Bar,

          Plaintiff,

          -against-

EDWARD MCFARLAND & ED'S LOBSTER
BAR, LLC,

          Defendants.

------------------------------------- x

07 Civ. 6036 (SAS) (AJP)

ORDER FOR SETTLEMENT CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

        A settlement conference is scheduled for April 15, 2008 at 10:00 a.m. before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

        On or before April 8, 2008, counsel shall provide a copy of the latest agreed portions of the draft of the settlement agreement and, where there is not agreement, counter-versions of those paragraphs or exhibits requested by each side, along with ex parte

2

explanations of why each party wants its version, and any other information that the party believes will assist the Court in helping the parties finalize their settlement.

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         March 20, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   David Jacoby, Esq.
                              Alan Serrins, Esq.
                              Alon Markowitz, Esq.
                              L. Peter Parcher, Esq.
                              Judge Shira A. Scheindlin

C:\ORD\