| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/24/08 |

------------------------------------------x

POWERFUL KATINKA, INC. d/b/a PEARL OYSTER BAR,

      Plaintiff,

  -against-

EDWARD MCFARLAND & ED'S LOBSTER BAR, LLC,

      Defendants.

------------------------------------------x

07 Civ. 6036 (SAS) (AJP)

ORDER RESCHEDULING SETTLEMENT CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

The settlement conference originally scheduled for April 15, 2008 is rescheduled to **April 8, 2008 at 2:00 p.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

On or before April 1, 2008 counsel shall provide a confidential settlement memorandum to my chambers.

SO ORDERED.

DATED: New York, New York
    March 24, 2008

                Andrew J. Peck
                United States Magistrate Judge

Copies **by fax & ECF** to: David Jacoby, Esq.
             Judith S. Roth, Esq.
             Alan Serrins, Esq.
             Alon Markowitz, Esq.
             L. Peter Parcher, Esq.
             Judge Shira A. Scheindlin