
# SCHIFFHARDIN LLP

900 THIRD AVENUE, 23RD FLOOR
NEW YORK, NEW YORK 10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

David Jacoby
212-745-0876
djacoby@schiffhardin.com

March 24, 2008

**VIA FACSIMILE ((212) 805-7920)**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1620
New York, NY 10007

Re: Powerful Katinka, Inc., d/b/a Pearl Oyster Bar v.
Edward McFarland and Ed's Lobster Bar, LLC 07 CIV 6036

Dear Judge Scheindlin:

This firm represents the plaintiff in the above-referenced matter. Plaintiff and defendants are continuing their attempts to negotiate a settlement, as we reported to Magistrate Judge Peck at a conference on March 20, 2008. Magistrate Judge Peck scheduled a settlement conference before him for April 8, 2008 should the parties be unable to resolve the matter by themselves beforehand.

In view of the parties' continuing discussions and the April 8, 2008 settlement conference before Magistrate Judge Peck, plaintiff and defendants jointly request that the pre-trial conference now scheduled to take place before Your Honor on April 1, 2008 at 4:30 p.m. be adjourned for 30 days.

Respectfully submitted,

David Jacoby

cc: Hon. Andrew J. Peck (via facsimile)
Alan Serrins, Esq. (via facsimile)
Alon Markowitz, Esq. (via facsimile)
Partha Chattaroj, Esq. (via facsimile)
Peter Parcher, Esq. (via facsimile)

NY\50299240.1

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO

*[Handwritten annotation:] Request granted. Conference adjourned to May 1 at 4:30 p.m. No further adjournments. So Ordered. [signature] USDJ*