UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

POWERFUL KATINKA, INC.                        :
d/b/a PEARL OYSTER BAR,

                                              :

              Plaintiff,                       :

                                              :        07 Civ. 6036 (SAS) (AJP)

       -against-                               :        **SCHEDULING ORDER**

                                              :

EDWARD McFARLAND & ED'S LOBSTER                :
BAR, LLC,

                                              :

              Defendants.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___4/9/08___

**ANDREW J. PECK, United States Magistrate Judge:**

   At the parties' request, because settlement efforts have collapsed, the fact discovery cutoff

is extended to be co-terminous with the existing expert discovery cutoff of May 30, 2008. Expert reports are

now due April 28, 2008. The PTO remains due June 13, 2008 as previously ordered. There will be no

further extensions of these deadlines.

   If either party wishes to file a summary judgment motion, it shall discuss the issue at the

May 1, 2008 final pretrial conference with Judge Scheindlin. Absent other order by Judge Scheindlin, the

summary judgment motion (or cross-motions) shall be due June 13, 2008, along with the Joint Pretrial Order.

   SO ORDERED.

Dated:  New York, New York
    April 9, 2008

              _____
              Andrew J. Peck
              United States Magistrate Judge

Copies **by fax & ECF** to:  David Jacoby, Esq.
           Alan Serrins, Esq.
           Alon Markowitz, Esq.
           L. Peter Parcher, Esq.
           Judge Shira A. Scheindlin