UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

POWERFUL KATINKA, INC. d/b/a PEARL
OYSTER BAR,

                    Plaintiff,

                    -against-

EDWARD MCFARLAND & ED'S LOBSTER
BAR, LLC,

                    Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/21/08

07 Civ. 6036 (SAS) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:      New York, New York
                April 21, 2008

                                      Andrew J. Peck
                                      United States Magistrate Judge

Copies **by fax & ECF** to:    David Jacoby, Esq.
                                  Alan Serrins, Esq.
                                  Alon Markowitz, Esq.
                                  L. Peter Parcher, Esq.
                                  Judge Shira A. Scheindlin

C:\ORD\Dismiss.AJP

# SCHIFFHARDIN LLP



David Jacoby
212 753-5000
djacoby@schiffhardin.com

900 Third Avenue, 23rd Floor
New York, New York 10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

RECEIVED
APR 18 2008
CHAMBERS OF
ANDREW J. PECK

April 18, 2008

**BY TELECOPY**
Hon. Andrew J. Peck
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York

Re:  Powerful Katinka, Inc. v. Ed's Lobster Bar LLC
     07 CV 6036 (SAS)

Dear Magistrate Judge Peck:

This firm represents plaintiff in the referenced action. Further to the joint telephone call Mr. Serrins, counsel for defendants, and I had with Chambers earlier today, this will confirm that the parties to the referenced action have resolved it, pursuant to a confidential settlement agreement which will not be filed with Court. A stipulation of dismissal also has been signed, but we do not yet have all of the original (rather than facsimile copy) signatures. We anticipate having them by Monday, or Tuesday at the latest, and then filing the stipulation.

Respectfully submitted,

David Jacoby

Alan Serrins
Serrins & Associates
Attorneys for Defendants

NY\50321558.1