UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POWERFUL KATINKA, INC.                    :    07 Civ. 6036 (SAS)
d/b/a PEARL OYSTER BAR,
                                          :    STIPULATION OF
              Plaintiff,                       DISCONTINUANCE
                                          :
    - against -
                                          :
EDWARD McFARLAND and ED'S LOBSTER
BAR LLC,                                  :

              Defendants.                 :
------------------------------------------------------------X



IT IS HEREBY STIPULATED AND AGREED that this action is discontinued with prejudice, with each party to bear his, her or its own costs and attorneys' fees.

POWERFUL KATINKA, INC.                         EDWARD McFARLAND

By: _____                        _____
    Rebecca Charles
    President

                                               ED'S LOBSTER BAR LLC

                                               By: _____
                                                   Edward McFarland

SO ORDERED:

_____
Dated: New York, New York
       April 24, 2008